UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITO MORALES, SR., | No. 2:15-cv-0077 JAM AC P |
| Petitioner, | |
| v. | ORDER |
| JOE A. LIZARRAGA, Warden, | |
| Respondent. | |

Petitioner has filed a second request for a thirty-day extension of time to file a traverse. Good cause appearing, the request will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time, ECF No. 17, is granted; and

2. Petitioner is granted thirty days from the filing date of this order in which to file and serve his traverse.

DATED: September 10, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE