IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITO MORALES, SR, <br><br> Petitioner, <br><br> vs. <br><br> JOE A. LIZARRAGA, Warden, Mule Creek State Prison, <br><br> Respondent. | No. 2:15-cv-00077-JKS <br><br> ORDER <br> [Re: Motion at Docket No. 26] |

This Court denied Benito Morales, Sr., a state prisoner proceeding *pro se*, habeas relief and a certificate of appealability on March 6, 2018. Docket Nos. 23, 24. Morales timely filed a notice of appeal with this Court dated April 3, 2018. Docket No. 25. At Docket No. 26, Morales filed a request for a certificate of appealability. Because this Court has already denied Morales a certificate of appealability, it appears that he inadvertently filed his motion with this Court rather than the Court of Appeals.

**IT IS THEREFORE ORDERED THAT** the Clerk of Court is directed to transfer Morales' Motion for a Certificate of Appealability at Docket No. 26 to the Ninth Circuit Court of Appeals.

Dated: April 10, 2018.

                                                            /s/James K. Singleton, Jr.
                                                            JAMES K. SINGLETON, JR.
                                                            Senior United States District Judge